UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. PETTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-2615 JMB |
| | ) |
| STATE OF MISSOURI, et al., | ) |
| | ) |
| Defendants | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Federal Rule of Civil Procedure 4. The Court finds that it is in the interest of justice to effectuate service in this matter pursuant to the waiver of service agreements this Court maintains with each of the defendants.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall cause process to issue as to defendant, the State of Missouri, through the waiver of service agreement this Court maintains with the Missouri Attorney General's Office.

**IT IS FURTHER ORDERED** that the Clerk of Court shall cause process to issue as to defendant, the City of St. Louis, through the waiver of service agreement this Court maintains with the St. Louis City Counselor's Office.

/s/ *John M. Bodenhausen*
UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of November, 2017.